1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11   THOMAS HARVEY,                              No. C 09-5242 MHP

12              Plaintiff(s),                    **ORDER**
                                                 **(Ninety-Day Conditional Dismissal)**
13        v.

14   APPLE INC et al,

15              Defendant(s).
                                    /
16

17        The parties hereto, by their counsel, having advised the Court that they have agreed to a

18   settlement of this action.

19              IT IS HEREBY ORDERED that this action is dismissed with prejudice; provided,

20   however, that if any party hereto shall certify to this Court, with a proof of service of a copy on

21   opposing counsel, within 90 days from the date hereof, that the agreed consideration for the

22   settlement has not been delivered over, this Order shall stand vacated, and the action shall be

23   restored to the calendar to be set for trial.

24

25   Dated: May 28, 2010                         _____
                                                 MARILYN HALL PATEL
26                                               United States District Court Judge

27

28

*United States District Court*
For the Northern District of California